# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2025

## NO. 03-23-00436-CV

**Anthony Bowers, Appellant**

**v.**

**Katina Bowers and A'Nya Bowers, Appellees**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND CRUMP
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on June 14, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.